# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOHN ROBERT DEMOS, JR,

    Plaintiff,

v.

DOC CLASSIFICATION & CUSTODY CHIEF, *et al.*,

    Defendants.

Case No. C18-1151 RSM

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and ORDERS as follows:

1. The Report and Recommendation is ADOPTED;

2. Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is DENIED;

3. This matter is DISMISSED pursuant to standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982), as well as pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1);

4. This dismissal counts as a STRIKE pursuant to 28 U.S.C. § 1915(g);

5. Plaintiff's motion for appointment of counsel (Dkt. #1-1) is DENIED as moot and

ORDER OF DISMISSAL - 1

unjustified; and

6. The Clerk shall send a copy of this Order to plaintiff and to Judge Tsuchida.

DATED this 7th day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE